Texas Court Of Criminal Appeals 66,147-05
Capital Station, Austin Texas
P.O. Box 12308, 78711

In Re: Darrell Roberts

vs.

State Of Texas TDCJ Director

TDCJ# 1273928
No.2003_____ RECEIVED IN
COURT OF CRIMINAL APPEA
SEP 26 2016

Original Petition For (1) Writ Of Mandamus

Abel Acosta, Clerk

To The Honorable Judges Of Said Court:

Now Comes Plaintiff, Darrell Roberts 1273928 Defendant Pro-Se In Above Styled, And Numbered Cause, And Declares He Is Illegally Detained.

Plaintiff, Was Medicated With Anti-Biotics, And Anti-Depressants, Anti Bychotics, Dylantin Klonopin, Thorazin, Chiadon, See: Godina V. Moran 113 S.CT. 2680, U.S. V. Damon 191 F.3d 561, Bouch-illon V. Collins 907 F.2d. 589. The Indictment Is Multiplicitous And Therefore Double Jeopardizing. It Is The Higher Courts Responsibility To Correct This Wrong. The Convicting Court Could Not Legally Convict Me So I Was Tricked Into A Plea Bargain Using Scare Tactics.

Along With This Petition I Am Including A Copy Of Indictment That Clearly Shows They Used The 3 Witness's As Victims, And Did Not Mention The Tar-Ket Store Where This Took Place. See: McCay Vs Collins 12 F.3d. 616. Burt V. Uchtman 422 F.3d 557 566. The Knew Two Things #1 I Was Heavily Medicated, And #2 Mandamus Is Available To Correct Judicial Action That Ignores Clear Binding Law Precedent. Because, Trial Judges Do Not Enjoy Liberty To Ignore Law. See: Kozaki Vs. Knize 883 S.W.2d. 760.

Aggraveted Robbery Hinges On The Fact That There Has Been A Theft, And Is A Central Element Required See: Blount V. State 851 S.W.2d. 359 Double Jeopardy Violation.

Due Process Violated By Conviction Of Defendant Without Proving Each Element Of The Crime Beyond Reasonable Doubt. The S. Cts. Precedents Make It Clear That Fiore's Conviction Violated Due Process. Fiore V. White 531 U.S. 225, 228.

State Has Affirmative Duty To Disclose Favorable Evidence Under Due Process Clause. Amend. # 14 Ex Parte Mowbray 943 S.W. 2d 461.

A Court Order Entered Without Due Process Is Void. Amend. # 14 TX. Const. 1§19.

There Is A Duty To Disclose Evidence Of Guilt In Open Court Even On Guilty Plea. TX. Jur. 3d. Crim. Law §1643, T.C.C.P. §2.01.

Duties Of District Attorney Is Not To Convict But. To Insure Justice. T.C.C.P. §2.01

## Conclusion

The Defendant, Darrell Roberts #1273928 Pro-Se Declares Under Penaltie Of Perjury 18 US CA § 1623 He Was Not Given A Fare Trial And His Due Process Rights Were Violated, And His Plea Was Coerced Through Scare Tactics.

The Court Knew They Had No Jurisdiction And Were Violating My Due Process. County Jail Records Will Show I Was Under The Care Of A Psychiatrist Even Before I Was Arrested And Heavily Medicated With Judgement Impairing Medications.

## Prayer

For All The Reasons Stated In The Foregoing, Defendant Roberts Prays The Court Grant Him Relief.

Respectfully Submitted
Darrell Roberts #1273928 Lynaugh Unit
1098 S. Hwy 2037 Ft. Stockton, TX. 79735

Darrell Roberts Pro-Se

2 Of 4

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT DARRELL ROBERTS #1273928 HAS SENT A COPY OF THE FOREGOING TO RESPONDENT BY U.S. MAIL 20 SEPT. 2016 POSTAGE PREPAID: ADDRESSED TO:

TEXAS COURT OF CRIMINAL APPEALS
COURT CLERK: ABEL ACOSTA
P.O. BOX 12308 CAPITAL STATION
AUSTIN, TX. 78711

RESPECTFULLY
DARRELL ROBERTS 1273928
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX. 79735

PRO SE

P.S. THIS ENVELOPE HAS MY SIG.

In The Court Of Criminal Appeals
P.O. Box 12308 Capital Station
Austin, Texas 78711

In Re: Darrell Roberts
vs
State Of Texas, TDCJ Director

TDCJ# 1273928
Cause No. 2003CCD1740

## Petition For Copies

Defendant, Darrell Roberts # 1273928 Is An Indigent Inmate From Out Of State, And Has No Outside Help To Make Copies, And Lynaugh Unit Has A No Copying Policy Which Defendant, Has Asked Many Courts To Lift Because Of The Serious Nature. Inmate Is Including Air-List Fund Although It Will Show Money On His Account There Is A Hold Amount By The Court Which Leaves Him Indigent, And Can Be Verified By Talking To Law Library Spvr. Lt. S. Ramirez 432-395-2938.

Inmate Only Has Enough Legal Supplys To Send Original Copy, And Does Not Have A Copy For Himself, And Does Have Faith The Court Will Answer His Plea.

## Prayer

For The Reasons Stated Above Inmate Prays The Court Send Him A Copy.

Respectfully Submitted
Darrell Roberts # 1273928
1098 S. Hwy. 2037
Lynaugh Unit
Ft. Stockton, TX. 79735

Dell Roln Pro Se

# IN THE UNITED STATES DISTRICT COURT
## FOR THE  [ C Co.m App DISTRICT OF TEXAS
### Austin TX  DIVISION

Darrell Roberts 1273928
Plaintiff's name and ID Number

Lynaugh Unit Pecos, Co.,
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.
State Of Texas
TDCJ Director
P.O. Box 99 Huntsville, TX.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

Defendant's name and address

I, Darrell Roberts , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?            Yes ☐   No ☑
    b.  Rent payments, interest or dividends?                     Yes ☐   No ☑
    c.  Pensions, annuities or life insurance payments?           Yes ☐   No ☑
    d.  Gifts or inheritances?                                    Yes ☐   No ☑
    e.  Family or friends?                                        Yes ☐   No ☑
    f.  Any other sources?                                        Yes ☐   No ☑

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____

    _____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

                    Yes ☐        No ☑

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____

    _____

1

☆ATCIFP (REV. 9/02)

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

$$\text{Yes} \quad \square \qquad \text{No} \quad \checkmark$$

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __20 th__ day of __SEPT_____, 20__16__.

_____     __1773998__
Signature of Plaintiff                                     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          08/17/16
1N60/SRA6141              IN-FORMA-PAUPERIS DATA                   08:58:15
TDCJ#: 01273928 SID#: 06630035 LOCATION: JAMES LYNAUGH   INDIGENT DTE: 11/07/14
NAME: ROBERTS,DARRELL                   BEGINNING PERIOD: 02/01/16
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           8.84 TOT HOLD AMT:        50.00 3MTH TOT DEP:       3.00
6MTH DEP:              5.42 6MTH AVG BAL:         5.92 6MTH AVG DEP:       0.90
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
07/16      8.84          0.00            04/16      5.84          0.00
06/16      8.84          3.00            03/16      5.84          2.42
05/16      5.84          0.00            02/16      3.42          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF *Pecos*
ON THIS THE *17* DAY OF *August* , *16*, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Copy HrA*
*#D Bur TDCJ ID D73924*
*20030D01240*

SAMUEL G RAMIREZ
Notary Public State of Texas
My Commission Expires
03/21/2020
Notary ID# 12641440-5
Notary Without Bond

No. 200300001740

THE STATE OF TEXAS

COUNTY OF PECOS

AFFIDAVIT

MY NAME IS: Darrell Robert II

I LIVE AT: Lynaugh Unit 1098S HWY2037 Ft. Stockton, TX. 79735

ON 20TH DAY OF SEPT 2016 EVERYTHING IN MY PETITION IS TRUE TO THE BEST OR MY KNOWLEDGE.

INMATE IS INDIGENT.

NOTHING FOLLOWS

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW. & FOREGOING

I Darrell Roberts BEING PRESENTLY INCARCERATED IN LYNAUGH UNIT IN PECOS COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE 20TH DAY OF SEPT , 20 16

SIGNATURE _____

T.D.C.J.-I.D. NO. 1273928          S.S. NO. 342 56 6554

# UNSWORN DECLARATION

I, DARRELL ROBERTS TDCJ NUMBER 1273928
BEING PRESENTLY INCARCERATED IN THE LYNAUGH UNIT OF THE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN PECOS COUNTY OF TEXAS
DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND
FORGOING MOTION. I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE
SAME ARE TRUE AND CORRECT

EXECUTED ON THIS 20TH DAY OF SEPT. 20 16

DARRELL ROBERTS 1273928

_____ MOVANT PRO SE

APPX. B

**INDICTMENT**

FILE NO.: 03-083376 01740-404 PID/TRK *873653/D03-06041-1*

**STATE OF TEXAS**
**VS.**
*DARRELL ROBERTS*

OFFENSE:   *COUNT I – AGGRAVATED ROBBERY*
               *COUNT II – AGGRAVATED ROBBERY*
               *COUNT III – AGGRAVATED ROBBERY*

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

The Grand Jurors for the County of El Paso, State of Texas, duly organized as such, at the **JANUARY** Term, A.D., *2003* of the **120th** Judicial District Court for said County, upon their oaths in said Court, present that on or about the *24th day of March, 2003* and anterior to the presentment of this indictment, in the County of El Paso and State of Texas, *DARRELL ROBERTS*, hereinafter referred to as Defendant,

did then and there while in the course of committing theft and with the intent to obtain and maintain control of property, to-wit: **electronic equipment**, intentionally, and knowingly threaten and place **ALFREDO SOTO** in fear of imminent bodily injury and death by using and exhibiting a deadly weapon, to-wit: **a knife,** that in the manner of its use and intended use was capable of causing death and serious bodily injury,

And it is further presented that the said Defendant used and exhibited a deadly weapon, to-wit: **a knife,** during the commission of and immediate flight from said offense,

### AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Grand Jury Foreperson

FILED THE _____ APR 0 3 2003 _____ BY _____ DEPUTY

THE STATE OF TEXAS
COUNTY OF EL PASO

I certify that the foregoing is a true and correct copy of the original indictment on file in my office. Given under my hand and seal of the court at my office in El Paso, Texas on the _____ APR 0 3 2003 _____.

GILBERT SANCHEZ, District Clerk, El Paso County, Texas

by _____ Deputy.

BAIL AMOUNT: $_____

STATE OF TEXAS VS. *DARRELL ROBERTS*
INDICTMENT - *AGGRAVATED ROBBERY*
COUNT II

And the Grand Jurors of aforesaid, upon their oaths aforesaid, do further say, charge and present in and to said Court at said term that on or about the **24th day of March, 2003** and anterior to the presentment of this indictment, in the County of El Paso and State of Texas, **DARRELL ROBERTS**, hereinafter referred to as Defendant,

did then and there while in the course of committing theft and with the intent to obtain and maintain control of property, to-wit: **electronic equipment,** intentionally and knowingly threaten and place **ANTONIO ROBLES** in fear of imminent bodily injury and death by using and exhibiting a deadly weapon, to-wit: **a knife,** that in the manner of its use and intended use was capable of causing death and serious bodily injury,

And it is further presented that the said Defendant used and exhibited a deadly weapon, to-wit: **a knife,** during the commission of and immediate flight from said offense,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
Grand Jury Foreperson

FILED THE ____APR 0 8 2003____ BY _____ DEPUTY

THE STATE OF TEXAS
COUNTY OF EL PASO

I certify that the foregoing is a true and correct copy of the original indictment on file in my office. Given under my hand and seal of the court at my office in El Paso, Texas on the ____APR 0 8 2003____.

GILBERT SANCHEZ, District Clerk, El Paso County, Texas

by _____ Deputy

BAIL AMOUNT: $_____

STATE OF TEXAS VS. *DARRELL ROBERTS*
INDICTMENT - *AGGRAVATED ROBBERY*
COUNT III

     And the Grand Jurors of aforesaid, upon their oaths aforesaid, do further say, charge and present in and to said Court at said term that on or about the *24th day of March, 2003* and anterior to the presentment of this indictment, in the County of El Paso and State of Texas, *DARRELL ROBERTS*, hereinafter referred to as Defendant,

did then and there while in the course of committing theft and with the intent to obtain and maintain control of property, to-wit: **electronic equipment,** intentionally and knowingly threaten and place **RICARDO PONCE** in fear of imminent bodily injury and death by using and exhibiting a deadly weapon, to-wit: **a knife,** that in the manner of its use and intended use was capable of causing death and serious bodily injury,
     And it is further presented that the said Defendant used and exhibited a deadly weapon, to-wit: **a knife,** during the commission of and immediate flight from said offense,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
Grand Jury Foreperson

FILED THE _____APR 0 8 2003_____ BY _____DEPUTY

THE STATE OF TEXAS
COUNTY OF EL PASO

     I certify that the foregoing is a true and correct copy of the original indictment on file in my office. Given under my hand and seal of the court at my office in El Paso, Texas on the _____APR 0 8 2003_____.

GILBERT SANCHEZ, District Clerk, El Paso County, Texas

by _____Deputy

BAIL AMOUNT: $_____